IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03555-PAB-NYW

LS3 INC., a Maryland corporation,

      Plaintiff,

v.

CHEROKEE FEDERAL SOLUTIONS, L.L.C., an Oklahoma limited liability company, et al.,

      Defendants.

_____

## MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

This matter is before the Court on the Mandate of the United States Court of Appeals for the Tenth Circuit [Docket No. 68]. On September 29, 2021, the Court granted Certain Defendants' Motion to Dismiss Plaintiff's Amended Complaint [Docket No. 26] and granted the Remaining Defendants' Motion to Dismiss Plaintiff's Amended Complaint [Docket No. 29]. Docket No. 54 at 18. On August 17, 2022, the Tenth Circuit reversed the Court's order granting defendants' motions to dismiss and remanded for further proceedings. Docket No. 67 at 1, 15. The Tenth Circuit concluded that plaintiff had plausibly alleged a breach of contract claim against certain former employees based on the duty of loyalty. *Id.* at 4, 9. The Tenth Circuit also reversed the dismissal of plaintiff's intentional interference with contract and civil conspiracy claims. *Id.* at 11.

Certain arguments made in the parties' motions to dismiss were not addressed by the Court in its order. Specifically, the Court dismissed plaintiff's intentional interference with contract and civil conspiracy claims as derivative of plaintiff's breach of contract claims. *See* Docket No. 54 at 13-14, 17-18. The Court will address the parties' arguments on these claims without further briefing.

The Court will direct the parties to file a status report of not more than five pages indicating what matters, if any, the Court needs to resolve regarding the above-mentioned motions to dismiss, other than ruling on the defendants' arguments on the intentional interference with contract claims and civil conspiracy claims.

Wherefore, it is

**ORDERED** that the portions of Certain Defendants' Motion to Dismiss Plaintiff's Amended Complaint [Docket No. 26] and the Remaining Defendants' Motion to Dismiss Plaintiff's Amended Complaint [Docket No. 29] not foreclosed by the mandate are **REINSTATED**.  It is further

**ORDERED** that the parties shall file status reports of not more than five pages on or before October 31, 2022 indicating what matters, if any, the Court needs to resolve regarding defendants' motions to dismiss, other than ruling on the defendants' arguments on the intentional interference with contract claims and civil conspiracy claims.

DATED October 20, 2022.